54,871-06

Elpidio B. Avilez # 1011021
Robertson Unit
12071 FM 3522
Abilene, TX 79601


COURT OF CRIMINAL APPEALS
Abel Acosta clerk
P.O. Box 12308
Austin, TX 78711-2308


January 30, 2015


Dear clerk:

     Please file this my Enquiry Letter with the proper authority so she may rule on it. Additionally, I thank you in advance for your time and cooperation.


Sincerely,

*Elpidio B. Avilez*
Elpidio B. Avilez

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 02 2015
Abel Acosta, Clerk


cc/file

# LETTER OF INQUIRY

Dear Judge:    Elsa Alcala-Court of Criminal Appeals
of Texas

Congratulations on your resent promotion to the Court of Criminal Appeals of Texas. I pray to the Almighty God (the One I believe in with all my heart) that He keeps on giving you the wisdom of the law more abundantly and not to stop you in promoting you till you make to the Supreme court soon in the near future.

I don't cease in giving thanks to the Almighty God for your wisdom, esp. in Balawajder v. Dept. of Criminal Justice, 217 S. W. 3d 20 (Tex.App.-[lrst Dist.] 2006) and In re Bonilla, 424 S.-W. 3d 528 (Tex.Crim. App., Oct. 9, 2013).

Dear Judge: My name is Elpidio B. Avilez TDCJ-CID # 1011021. I have been incarcerated in TDCJ-CID since 2001 and on 2002 I was transferred to the Estelle Unit in Huntsville, Texas. The Almighty God of the United States Constitution revealed to me that I should become an authority in His knowledge and of course an authority of His Word.

As soon as I made up my mind to obey the Almighty God, I started to have lots of problems and specially with some Correctional Officers there in the Estelle Unit. The property lady there, would not allowed me to have several versions of the Bible for my Bible studies and she always gave me lots of trouble and confiscated a lot of my property all the time. Untill I've got tired of all of the harassment and joined Mr. Balawajder in his lawsuit as an intervenor. Immediately the Estelle Unit authorities gave me a subsequent storage container for my Bibles.

I was transferred to the Robertson Unit on February 6, 2012. As soon as I started to go through some major shakedowns the property lady(s) started to give me hard time and giving bogus disciplinary cases for the simple fact that they said that I had excessive amounts of property due to my Bibles.

-1-

The intake officer at the time of my arrival at the Robertson Unit was Ms. Crystal Richardson but when she got married, her name changed to Ms. crystal A. Reyes.

In the October 22, 2013 shakedown Ms. Reyes and Mr. Kelley conspired together to make me disposed of about 8 Study Bibles and some religious books including 20-t0-30 inches of religious written material under the pretense that I had excessive amounts of property.

I informed Ms. Reyes that I had a religious box in the other Unit, the Estelle Unit, by a court orderfor my Bibles and she said that she doesn't care about none of what I say and she repeated many times saying, "I don't care if you sue or not, I don't care, I don't care.

Because of the intentional violation that these people are doing to me and the intentional and knowingly disregard for my federal rights, I sued Ms. Reyes and Mr. Kelley. My law-suit is now pending in the NORTHERN DISTRICT OF TEXAS, Elpidio B. Avilez v. TDCJ-CID, et al. Civil Action No. 1:14-cv-00045-BL.

Now, dear Judge, my inquiry is this, do you have anything to say that these people in this Unit, the Robertson Unit, go against your ruling in the law? Balawaider, supra.

I thank you in advance whether you may reply or not but I hope in the Almighty God that you respond and say something about it. Thank you so much.

Respectfully,

Elpidio B. Avilez